**Order entered December 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01350-CR

### DONALD RAY MCKINNEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F12-47067-Y**

# ORDER

The Court **GRANTS** appellant's December 17, 2015 motion to file a brief in excess of the word limits. The amended brief received on December 21, 2015 is considered properly filed.

The State's brief is due within thirty days of the date of this order.

/s/    ADA BROWN
        JUSTICE